IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID UPDIKE,

    Plaintiff,

vs.

CITY OF GRESHAM, a municipal corporation, MULTNOMAH COUNTY, and STATE OF OREGON,

    Defendants.

Case No. 3:13-cv-01619-SI

FINAL JUDGMENT AS TO DEFENDANT CITY OF GRESHAM ONLY

SIMON, J.,

    Based on Plaintiff's Accepted Offer of Judgment [24], and the agreement for costs and attorney fees between Plaintiff and the City of Gresham,

    It is ORDERED AND ADJUDGED that judgment is entered for Plaintiff and against Defendant City of Gresham for the sum of Twenty One Thousand and no/100 Dollars ($21,000.00), plus costs in the amount of Five Hundred Dollars ($500.00) and attorney fees in the amount of Twelve Thousand Dollars ($12,000.00), and that Defendant City of Gresham is DISMISSED with prejudice.

    DATED this 25th day of April, 2014.

                                                Michael H. Simon
                                              United States District Judge

Page 1 -    FINAL JUDGMENT AS TO DEFENDANT CITY OF GRESHAM ONLY