IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DAVID UPDIKE**, | Case No. 3:13-cv-1619-SI |
| Plaintiff, | **VERDICT** |
| v. | |
| **MULTNOMAH COUNTY**, | |
| Defendant. | |

We, the Jury, being first duly empaneled and sworn, do find as follows:

1. Did Plaintiff David Updike prove that Defendant Multnomah County violated Plaintiff's rights under the ADA or § 504 in one or more of the ways alleged by Plaintiff, as explained in the Final Jury Instructions?

    YES __✓__    NO _____

*If your answer to Question No. 1 is "yes," go to Question No. 2. If your answer to Question No. 1 is "no," your verdict is for the Defendant and do not answer Question No. 2.*

2. What are Plaintiff's damages, if any, caused by Defendant's violation of Plaintiff's rights under the ADA or § 504?

    $ __125,000.00__

*Your deliberations are now complete. Please have the Presiding Juror date and sign this form and inform the Courtroom Deputy that you are ready to return to the Courtroom.*

DATED this __25th__ day of September, 2019.

_____
Presiding Juror

PAGE 1 – VERDICT